# Court of Appeals
# of the State of Georgia

ATLANTA, __December 04, 2024__

*The Court of Appeals hereby passes the following order:*

**A25A0759. DAVONE SYONE v. THE STATE.**

After Davone Syone was convicted of one count of child molestation, he filed a timely motion for new trial. The trial court denied the motion on August 21, 2019, and Syone appealed to this Court. We affirmed Syone's conviction in an unpublished opinion. *Syone v. State*, Case No. A20A1314 (Oct. 21, 2020). On November 18, 2024, proceeding pro se, Syone filed this second appeal from the trial court's denial of his motion for new trial. We lack jurisdiction.

Pretermitting the issue of this appeal being barred by Syone's previous appeal, see *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000), the instant appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Here, Syone's notice of appeal was filed more than five years after entry of the trial court's order denying the motion for new trial and is untimely.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__12/04/2024_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*